IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MAX SOLIZ, SR. and JUDITH SOLIZ,<br><br>    Defendants. | Case No. 2:15-CV-00392-TLN-EFB<br><br>**JUDGMENT** |

Upon the stipulation of the parties, and for good cause shown, it is hereby ORDERED that judgment is entered against defendants Max Soliz, Sr. and Judith Soliz.  It is hereby adjudged and decreed that:

1.  Judgment is entered in favor of the United States and against Max Soliz, Sr. and Judith Soliz on the United States' claims against them for unpaid federal income taxes for the years 2000, 2002 through 2010, in the amount of $580,225.01, plus accrued interest, penalties, and statutory additions as provided by law, from February 27, 2015.

2. All remaining deadlines and hearing dates scheduled in this matter are VACATED; and

3.  Each party shall bear their own costs and attorney's fees.

SO ORDERED:

Dated:  April 3, 2015

_____
Troy L. Nunley
United States District Judge